UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR BANEGAS,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, et al,<br><br>    Defendants. | Case No.: 12-3807 PSG<br><br>**ORDER TO SHOW CAUSE** |

On October 16, 2012, Plaintiff Oscar Banegas ("Plaintiff") failed to appear at a case management conference hearing or to file a case management statement. Plaintiff also failed to appear at an earlier case management conference on September 25, 2012.

IT IS HEREBY ORDERED that no later than November 16, 2012, Plaintiff shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: October 16, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*